UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lakaiya Harris

        Plaintiff(s),

v.

Perfecting Church d/b/a Perfecting Church Corporation and Marvin L. Winans

        Defendant(s).
_____/

Case No. 2:18-cv-12751-MFL-APP

Judge Matthew F. Leitman

Magistrate Judge Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Perfecting Church d/b/a Perfecting Church Corporation__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 26, 2018

s/Robert N. Dare
_____

P79207
Cark Hill PLC
500 Woodward Ave., Ste. 3500
Detroit, Michigan 48226
313/965-8288
rdare@clarkhill.com