UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAKAIYA HARRIS,

    Plaintiff,

v.

PERFECTING CHURCH, et al.,

    Defendants.

_____/

Case No. 18-cv-12751
Hon. Matthew F. Leitman

**STIPULATED ORDER TO EXTEND ALL DATES
REMAINING IN THE SCHEDULING ORDER BY 90 DAYS**

Plaintiff LAKAIYA HARRIS ("Plaintiff") and Defendants PERFECTING CHURCH d/b/a Perfecting Church Corporation and MARVIN L. WINANS ("Defendants"), by and through their respective counsel, hereby Stipulate and Agree, subject to approval and entry by the Court, that all remaining dates in the Scheduling Order be extended by 90 days.

The factual bases for this request are as follows:

1.    This is a civil action seeking relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., the Michigan Workforce Opportunity Act ("WOWA"), Mich. Comp. Laws § 408.411 et seq., and the Michigan Elliott Larsen Civil Rights Act ("ELCRA"), Mich. Comp. Laws § 37.2101 et seq.

2.    This action was commenced on September 5, 2018 (ECF No. 1).

3.    Defendants answered the complaint on October 26, 2018 (ECF No. 2).

222492148.1

4. On January 4, 2019 the Court issued a Case Management Requirements and Scheduling Order which, inter alia, set June 7, 2019 as the date for completion of fact discovery.

5. On April 23, 2019, Plaintiff filed a Joint Motion to Extend Fact Discovery (ECF 13). The motion contained detailed information regarding the basis for the request.

6. On April 29, 2019, the Court issued a Stipulated Order Extending the Date for Completion of Fact Discovery from June 7, 2019 to August 9, 2019.

7. From May to August 2019, the parties engaged in extensive written discovery.

8. On September 3, 2019, this Court entered a stipulated order to extend the discovery completion date to October 9, 2019 and extend the dispositive motion deadline to November 9, 2019, to allow the parties to resolve a number of discovery issues and schedule the appropriate depositions in this case.

9. Due to numerous scheduling conflicts and unforeseen court-ordered appearances by counsel in other matters, the parties have been unable to schedule and conduct the depositions of Plaintiff and three defense witnesses. The parties are currently exchanging dates for these depositions.

10. In order to schedule and conduct the appropriate depositions in this case, the parties request a 90-day extension of all remaining dates in Scheduling Order.

222492148.1

11. For the foregoing reasons, the Parties request that the Court enter an Order extending all remaining dates in the Scheduling Order by 90 days.

/s/*Steven Moser (with consent)*
Steven Moser
**MOSER LAW FIRM, P.C.**
Attorneys for Plaintiff
3 School Street
Suite 207B
Glen Cove, New York 11542
Phone: (516) 671-1150
Fax: (516) 882-5420
smoser@moseremploymentlaw.com

/s/*Jack Schulz*
Jack Schulz
**SCHULZ GOTHAM PLC**
Attorney for Plaintiff
PO Box 44855
Detroit, MI 48244
(313) 652-1906
jackwschulz@gmail.com
egotham@schulzgotham.com

/s/*Reginald Turner*
Reginald Turner (P40543)
Robert N. Dare (P79207)
**CLARK HILL PLC**
Attorneys for Defendants
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8356
rturner@clarkhill.com
rdare@clarkhill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAKAIYA HARRIS,

    Plaintiff,   Case No. 18-cv-12751
                          Hon. Matthew F. Leitman
v.

PERFECTING CHURCH, et al.,

    Defendants.
_____/

## ORDER EXTENDING SCHEDULING ORDER DATES

Pursuant to the stipulation by parties with good cause shown,

**IT IS HEREBY ORDERED AND ADJUDGED** that the dates in the Scheduling Order shall be extended by 90 days, as follows:

| | |
|---|---|
| Discovery cutoff: | January 7, 2020 |
| Dispositive Motions Filed By: | February 7, 2020 |
| Motions in *Limine* Filed By: | May 29, 2020 |
| Final Pretrial Order By: | June 15, 2020 |
| Final Pretrial Conference: | June 29, 2020 at 1:30 p.m. |
| Trial Date: | July 14, 2020 at 9:00 a.m. |

**IT IS FURTHER ORDERED** that no further extension for any reason will be granted.

**IT IS SO ORDERED**.

                                    /s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: October 10, 2019

222492148.1