UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAKAIYA HARRIS,

        CASE NO. 18-CV-12751

    Plaintiff,

        HON. MATTHEW F. LEITMAN

v.        MAG. ANTHONY P. PATTI

PERFECTING CHURCH d/b/a Perfecting Church Corporation and MARVIN L. WINANS,

    Defendants.

_____/

| | |
|---|---|
| Steven John Moser<br>**MOSER LAW FIRM, P.C.**<br>Attorneys for Plaintiff<br>3 School Street<br>Suite 207B<br>Glen Cove, New York  11542<br>Phone: (516) 671-1150<br>smoser@moseremploymentlaw.com | Reginald Turner (P40543)<br>Robert N. Dare (P79207)<br>**CLARK HILL PLC**<br>Attorneys for Defendants<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8356<br>rturner@clarkhill.com<br>rdare@clarkhill.com |

Jack W. Schulz (P78078)
**SCHULTZ GOTHAM PLC**
Attorney for Plaintiff
PO Box 44855
Detroit, MI 48244
(313) 652-1906
jackwschulz@gmail.com

_____/

**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE**

Discovery in this matter ended on April 10, 2020. No dispositive motions were filed. With pretrial disclosures, motions in limine, a joint final pretrial order, and trial dates all set to occur within the next 12 weeks, the parties respectfully request that the Court order and conduct a settlement conference before August 14, 2020.

Stipulated and Agreed to by:

| | |
|---|---|
| By: *s/Steven Moser* (with permission) <br> Steven John Moser <br> **MOSER LAW FIRM, P.C.** <br> Attorneys for Plaintiff <br> 3 School Street <br> Suite 207B <br> Glen Cove, New York  11542 <br> Phone: (516) 671-1150 <br> smoser@moseremploymentlaw.com <br><br> Dated:  July 23, 2020 | By:  *s/Robert N. Dare* <br> Reginald Turner (P40543) <br> Robert N. Dare (P79207) <br> **CLARK HILL PLC** <br> Attorneys for Defendants <br> 500 Woodward Avenue, Suite 3500 <br> Detroit, Michigan 48226 <br> (313) 965-8356 <br> rturner@clarkhill.com <br> rdare@clarkhill.com |

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020 I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all attorneys of record in this matter.

*s/Robert N. Dare* <br>
Robert N. Dare (P79207)
