UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lakaiya Harris,

            Plaintiff(s),

v.                                         Case No. 4:18−cv−12751−MFL−APP
                                            Hon. Matthew F. Leitman

Perfecting Church, et al.,

           Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                            s/Matthew F. Leitman
                                            Matthew F. Leitman
                                            United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/H Monda
                                            Case Manager

Dated:   July 23, 2020