UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAKAIYA HARRIS,

    Plaintiff,

v.

PERFECTING CHURCH d/b/a Perfecting Church Corporation and MARVIN L. WINANS,

    Defendants.

CASE NO. 18-CV-12751

HON. MATTHEW F. LEITMAN
MAG. ANTHONY P. PATTI

_____/

| | |
|---|---|
| Steven John Moser<br>**MOSER LAW FIRM, P.C.**<br>Attorneys for Plaintiff<br>3 School Street<br>Suite 207B<br>Glen Cove, New York  11542<br>Phone: (516) 671-1150<br>smoser@moseremploymentlaw.com | Reginald Turner (P40543)<br>Paul Coughenour (P34335)<br>Robert N. Dare (P79207)<br>**CLARK HILL PLC**<br>Attorneys for Defendants<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8356<br>rturner@clarkhill.com<br>pcoughenour@clarkhill.com<br>rdare@clarkhill.com |

_____/

### STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, hereby stipulate that Plaintiff's Complaint is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

2

| | |
|---|---|
| By: *s/Steven Moser (with permission)*<br>Steven John Moser<br>**MOSER LAW FIRM, P.C.**<br>Attorneys for Plaintiff<br>3 School Street<br>Suite 207B<br>Glen Cove, New York  11542<br>Phone: (516) 671-1150<br>smoser@moseremploymentlaw.com | By: *s/Robert N. Dare*<br>Reginald Turner (P40543)<br>Robert N. Dare (P79207)<br>**CLARK HILL PLC**<br>Attorneys for Defendants<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8356<br>rturner@clarkhill.com<br>rdare@clarkhill.com |

Dated:  June 17, 2021

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2021